(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### EL PASO DIVISION

**FILED**
**05/21/2025**

Clerk, U.S. District Court
Western District of Texas

By: _____
Deputy

| | |
|---|---|
| **UNITED STATES OF AMERICA** | § |
| vs. | § |
| **(1) OSCAR TRENADO-HERNANDEZ** | § |

CASE NUMBER:  **EP:25-M -02583(1) RFC**

Defendant.

### JUDGMENT IN A CRIMINAL CASE
### (MISDEMEANOR) - Short Form

The defendant, Oscar Trenado-Hernandez, was represented by counsel,  James Wayne Wolff .

The defendant pled guilty to the complaint on May 21, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 50 USC 797 | Prohibits Willful Violation of Defense Property Securtiy Regulation | 05/20/2025 |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | 05/20/2025 |
| 8  USC 1325(a)(1) | Improper Entry by an Alien | 05/20/2025 |

As pronounced on May 21, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of  **Time Served plus (1) one business day**.  The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect this assessment are not likely to be effective.

Signed on this the 21st day of May, 2025.

_____
ROBERT F. CASTANEDA
UNITED STATES MAGISTRATE JUDGE